Certificate Number: 17572-PAW-DE-034750841

Bankruptcy Case Number: 20-10139



17572-PAW-DE-034750841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2020, at 12:56 o'clock PM PDT, Brian Nowakowski completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 7, 2020         By:    /s/Benjamin E Wunsch

                             Name:  Benjamin E Wunsch

                             Title: Counselor