Certificate Number: 17572-PAW-DE-034750842

Bankruptcy Case Number: 20-10139



17572-PAW-DE-034750842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2020, at 12:56 o'clock PM PDT, Lynelle R Nowakowski completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 7, 2020              By:    /s/Benjamin E Wunsch

                                    Name:  Benjamin E Wunsch

                                    Title: Counselor