## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Nowakowski | ) | Case No.  20-10139 TPA |
| Lynelle R. Nowakowski | ) | Chapter 13 |
|    Debtors | ) | Related to Docket No. 46 |
| | ) | Conciliation Conference |
| Brian Nowakowski | ) | January 11, 2022 at 9:00am |
| Lynelle R. Nowakowski | ) | |
|    Movants | ) | |
|      vs. | ) | |
| | ) | |
| M&T Bank, Ronda J. Winnecour | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on December 1, 2021, a true and correct copy of the *Notice of Proposed Modification To Plan* along with the *Amended Chapter 13 Plan dated December 1, 2021* was caused to be served by US Mail, upon the following persons and parties:

**Served by CM/ECF Filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**
M&T Bank
PO Box 840
Buffalo, NY 14240

December 1, 2021
     DATE

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  31244
Fax No.  (412) 391-0221
kenny.steinberg@steidl-steinbergc.com