IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-10139 TPA |
| | ) | Chapter 13 |
| BRIAN NOWAKOWSKI, | ) | |
| LYNELLE R. NOWAKOWSKI, | ) | Related to Docket No. 50 |
| *Debtors* | ) | |
| | ) | |
| BRIAN NOWAKOWSKI, | ) | |
| LYNELLE R. NOWAKOWSKI, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| M&T Bank, Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 6, 2022, a true and correct copy of the *Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**

Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**
M&T Bank
PO Box 840
Buffalo, NY 14240


Date of Service: January 6, 2022         /s/ Kenneth M. Steinberg
                                          Kenneth M. Steinberg, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Kenny.steinberg@steidl-steinberg.com
                                          PA I.D. No. 31244