FILED
1/5/22 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BRIAN NOWAKOWSKI | : | Case No. 20-10139-TPA |
| LYNELLE R. NOWAKOWSKI | : | Chapter 13 |
| *Debtors* | : | Related to Document No. 46 |
| | : | |
| | : | Hearing: January 12, 2022 at 10:30 A.M. |

# ORDER TO SHOW CAUSE

On December 1, 2021, an ***Amended Chapter 13 Plan Dated December 1, 2021*** was filed by the Debtors at Doc. No. 46 ("Plan"). A Text Order was issued at Doc. No. 48 requiring that on or before December 10, 2021 a revised Amended Chapter 13 Plan be filed on the current plan form - PAWB Local Form 10 (11/21). An Amended Chapter 13 Plan has not been filed.

***AND NOW***, this ***5th*** day of ***January, 2022***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** is issued against **Kenneth M. Steinberg, Esq.,** Counsel for the Debtor, to ***personally*** appear at a hearing scheduled for ***January 12, 2022*** at ***10:30 A.M.*** to show cause why the case should not be dismissed for failure to timely comply with the Court's Text Order and file the Amended Chapter 13 Plan.

(2) The hearing will be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(3)     *Initializing Zoom Hearing*: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(4)     The Conciliation Conference on the Amended Plan previously scheduled for January 11, 2022 is *CANCELLED*.

Thomas P. Agresti, Judge          jlm
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Kenneth M. Steinberg, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-TPA |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |
| jdb | #+ | Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Lynelle R. Nowakowski julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Brian Nowakowski julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c |

District/off: 0315-1     User: jmar     Page 2 of 2
Date Rcvd: Jan 05, 2022     Form ID: pdf900     Total Noticed: 2

om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5