FILED
1/13/22 4:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRIAN NOWAKOWSKI AND | : | Case No. 20-10139-TPA |
| LYNELLE R. NOWAKOWSKI | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | Related to Doc No. 49 |

## ORDER

A hearing was held on the ***Order to Show Cause*** issued on January 12, 2022, at Doc. No. 49, against the Debtor for failure to file a revised Amended Chapter 13 Plan on current forms. Based on the statements made at the time of the hearing,

***AND NOW***, this ***13th*** day of ***January, 2022***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that, the *Order to Show Cause* is ***VACATED***.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-TPA |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |
| jdb | #+ | Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Lynelle R. Nowakowski julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Brian Nowakowski julie.steidl@steidl-steinberg.com<br>kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c |

District/off: 0315-1 | User: agro | Page 2 of 2
Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 2

om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5