IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BRIAN NOWAKOWSKI and LYNELLE NOWAKOWSKI, | : : | Case No. 20-10139-JCM |
| *Debtors,* | : : | Chapter 13 |
| BRIAN NOWAKOWSI, | : | Related to Doc. No. 83 |
| *Movant,* | : : | |
| v. | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : | |
| *Respondent.* | : | |

## ORDER

On January 29, 2024, Debtor filed a ***Consent Order[1] Regarding Movant's Request to Transfer Title to 2009 GMC Sierra to Duane Sawyer*** ("Consent Order") (Doc. 83). The *Consent Order* seeks to sell a 2009 GMC Sierra to Duane Sawyer for $3,000, while waiving the advertising requirements since the Debtor advertised the sale on Facebook Marketplace, and the sale proceeds will be fully exempt. The Debtor provides a description of the condition of the vehicle in order to justify the $3,000 purchase price. While the Court may allow the advertising requirements to be waived[2] under these specific facts of this case, the Court still requires a sale motion to be filed pursuant to W.PA.LBR 6004-1 and 11 U.S.C. § 363.

Therefore,

**AND NOW,** this **30th** day of **January, 2024**, for the reasons stated above, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Consent Order (Doc. 83) is ***DISMISSED without prejudice*** to being refiled as a motion to approve sale.

SIGNED
1/30/24 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court

---

[1] The Chapter 13 Trustee consented to the proposed sale.
[2] The sale motion should at least be advertised on EASI, as it is a free Court provided service.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-JCM |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Jan 30, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

**Recip ID        Recipient Name and Address**
db              +  Brian Nowakowski, 423 Lowery Road, Erie, PA 16511-1330

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name        Email Address**

Denise Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Lauren M. Lamb
    on behalf of Joint Debtor Lynelle R. Nowakowski
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Brian Nowakowski
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour        cmecf@chapter13trusteewdpa.com

TOTAL: 5