**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/29/2024

IN RE:

BRIAN NOWAKOWSKI
LYNELLE R. NOWAKOWSKI
423 LOWERY ROAD
ERIE, PA 16511
XXX-XX-2532         Debtor(s)

XXX-XX-8654

Case No.20-10139

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/29/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4816 | CLAIM: 0.00<br>COMMENT: LOWES/PRAE |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE |
| **AUTO USE**<br>45 HAVERHILL ST<br>ANDOVER, MD  01810 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1510 | CLAIM: 5,686.00<br>COMMENT: $@6%/PL |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8349 | CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4PMT-LMT\*BGN 3/2020 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA  17106-7013 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 7-2 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2532 | CLAIM: 14,099.69<br>COMMENT: CL7-2$@14133.67GOV $14133.67@6%/CONF\*$14133@6%/PL\*LOAN 0001\*AMD\*PIF/ |
| **AWL**<br>3910 W 6TH AVE BOX 277<br>STILLWATER, OK  74074 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8503 | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5594 | CLAIM: 3,172.82<br>COMMENT: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9934 | CLAIM: 463.31<br>COMMENT: |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1061 | CLAIM: 1,383.38<br>COMMENT: |

| Creditor | Claim Info | Description |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4WYJ |
| **THE SWISS COLONY**<br>1112 7TH AVENUE<br><br>MONROE, WI 53566 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COUNTRY DOOR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 753O |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 3,777.95<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2860 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DISEASE ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2677 |
| **FLEXSHOPPER LLC**<br>901 YAMATO RD STE 260<br><br>BOCA RATON, FL 33487 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM: 4,425.11<br>COMMENT: RENT TO OWN 11/19*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5267 |
| **QUANTUM3 GROUP LLC - AGENT FOR GENESIS**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 574.73<br>COMMENT: CELTIC BANK*INDIGO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7132 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 59.91<br>COMMENT: CITIBANK*THD*NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9290 |
| **INDIGO CREDIT CARD++**<br>PO BOX 205458<br><br>DALLAS, TX 75320 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CELTIC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7132 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 596.08<br>COMMENT: REF 3361601523*X3003/SCH*FINGERHUT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4614 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 4,288.73<br>COMMENT: X7515/SCH*SIGNED@SEAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1275 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 729O |
| **PATHOLOGY ASSOCIATES OF ERIE**<br>5700 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9478 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 398.06<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 2,773.60<br>COMMENT: UPMC HAMOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2532 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 423.00<br>COMMENT: NT/SCH*CITIBANK*AT & T | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5303 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 696.32<br>COMMENT: NT/SCH*COMENITY/EDDIE BAUER*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4282 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 103.43<br>COMMENT: NT/SCH*UPMC COMMUNITY MEDICINE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2532 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 413.80<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8654 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 237.46<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3973 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,061.22<br>COMMENT: CL17GOV*$0/PL*THRU 2/2020 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8349 |