# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10139-JCM |
| | : | | |
| Brian Nowakowski | : | Chapter: | 13 |
| Lynelle R. Nowakowski | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/4/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**   #101 Trustee's Motion to Dismiss Case
#103 Response

**APPEARANCES:**

Debtor: Lauren M. Lamb
Trustee: James Warmbrodt

**NOTES:**

Warmbrodt:   We are in month 61, and we need $4,434 with long term continuing debt to be taken over as of May 2025. We need a fee application to approve the attorney's fees provided for in the Plan. The payoff amount includes those attorney's fees.

Lamb:   Yes he is back to work after having a health issue. He will have to pay a little bit more than the wage attachment. Yes I can file my fee application in two weeks.

**OUTCOME:**   TO to be entered stating: On or before May 5, 2025, the Debtor shall remit $4,434 to the Chapter 13 Trustee in order to complete the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the May 5, 2025 deadline, the case will be dismissed without further notice or hearing.

SIGNED
3/4/25 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA