IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Nowakowski and Lynelle R. Nowakowski, | ) | Bankruptcy No. 20-10139-JCM |
|     Debtors | ) | Chapter 13 |
| | ) | Document No. 106-107 |
| Steidl & Steinberg, P.C. | ) | |
|     Movant | ) | Hearing Date & Time: 4/24/2025 at 1:30PM |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Auto Use, Capital One bank (USA), N.A., Cavalry SPV I, LLC, Chase Card Services, Collection Service Center, Inc., Country Door/Swiss Colony, Discover Financial Services, LLC, First Federal Credit Control Inc., FlexShopper, LLC, Genesis Bc/Celtic Bank, JPMorgan Chase Bank, N.A., Jefferson Capital Systems LLC, M&T Bank, Mariner Finance, LLC, Midland Credit Management, Inc., Midnight Velvet, PSECU, PRA Receivables Management, LLC, Penelec, Pennsylvania Department of Revenue, Portfolio Recovery Associates, LLC, Quantum3 Group LLC, Synchrony Bank, UPMC Health Services, UPMC Physician Services, | ) | |
|     Respondents | ) | |

## **CERTIFICATE OF NO OBJECTION FOR APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors filed on March 14, 2025 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Final Compensation by Counsel for Debtors were to be filed and served no later than .

    It is hereby respectfully requested that the Order filed on March 14, 2025 at Docket No. 106 be entered by the Court.

                                              Respectfully submitted,

April 1, 2025                                    /s/Lauren M. Lamb
Date                                                  Lauren M. Lamb, Esquire
                                                       Attorney for the Debtors

Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com