# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10139-JCM |
| | : | | |
| Brian Nowakowski | : | Chapter: | 13 |
| Lynelle R. Nowakowski | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/24/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**     #106 Application for Final Compensation by Counsel for Debtors
        #111 CNO filed

**APPEARANCES:**

        Debtor: Lauren M. Lamb (video)
        Trustee: Ronda J. Winnecour (video)

**NOTES:**

Lamb:        We are asking to be paid from the available funds the Trustee has on
        hand which is about $3,300.  This case was heavy on communication
        with the Debtor husband.

Winnecour:        I have $3,023 on hand.  I would suggest a cap at $3,300 so any
        excess would go back to the debtor.

**OUTCOME:**     GRANTED / Chambers to issue order.

                SIGNED
                4/24/25 3:45 pm
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA