UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BRIAN NOWAKOWSKI<br>  LYNELLE R. NOWAKOWSKI<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  BRIAN NOWAKOWSKI<br>  LYNELLE R. NOWAKOWSKI<br><br>        Respondents | Case No.20-10139JCM<br><br>Chapter 13<br><br>Related Document No. 114 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___23rd___ day of __April__, 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Volt Management Corp<br>
Attn: Payroll Manager<br>
2401 North Glassell St<br>
Orange,CA 92865

is hereby ordered to immediately terminate the attachment of the wages of LYNELLE R. NOWAKOWSKI, social security number XXX-XX-8654.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LYNELLE R. NOWAKOWSKI.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

John C. Melaragno, Judge   dak
United States Bankruptcy Court

SIGNED
4/23/25 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-JCM |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Nowakowski, Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Denise Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Lauren M. Lamb
    on behalf of Joint Debtor Lynelle R. Nowakowski
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Brian Nowakowski
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Apr 23, 2025 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5