IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Nowakowski and | ) | Bankruptcy No. 20-10139-JCM |
| Lynelle R. Nowakowski, | ) | Chapter 13 |
| | ) | Related to Doc Nos. 106, 118, |
| Debtors | ) | |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Auto Use, Capital One bank (USA), | ) | |
| N.A., Cavalry SPV I, LLC, Chase Card Services, | ) | |
| Collection Service Center, Inc., Country | ) | |
| Door/Swiss Colony, Discover Financial Services, | ) | |
| LLC, First Federal Credit Control Inc., | ) | |
| FlexShopper, LLC, Genesis Bc/Celtic Bank, | ) | |
| JPMorgan Chase Bank, N.A., Jefferson Capital | ) | |
| Systems LLC, M&T Bank, Mariner Finance, | ) | |
| LLC, Midland Credit Management, Inc., Midnight | ) | |
| Velvet, PSECU, PRA Receivables Management, | ) | |
| LLC, Penelec, Pennsylvania Department of | ) | |
| Revenue, Portfolio Recovery Associates, LLC, | ) | |
| Quantum3 Group LLC, Synchrony Bank, UPMC | ) | |
| Health Services, UPMC Physician Services, | ) | |
| | ) | |
| Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this 25th day of April 2025, it is hereby **ORDERED,**

**ADJUDGED, and DECREED** that:

1) The Application for Compensation is approved in the additional maximum amount of $3,300.00 in fees and $0.00 in costs for services performed by Counsel for the Debtors for the period between November 19, 2018 to March 14, 2025. The actual amount payable will be limited to the Trustee's funds on hand after distribution to all other allowed claims.

2) The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $7,300.00 in fees and $500.00 in costs.

3) A total of $3,300.00 in compensation remains due.

4) The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

BY THE COURT:

_____dak_____
John C. Melaragno, Judge
United States Bankruptcy Judge
SIGNED
4/28/25 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-JCM |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　　　　　　　　User: auto　　　　　　　　　　Page 1 of 2
Date Rcvd: Apr 28, 2025　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Nowakowski, Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

**Name**　　　　　　　　　**Email Address**

Denise Carlon
　　　　　　　　on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Lauren M. Lamb
　　　　　　　　on behalf of Joint Debtor Lynelle R. Nowakowski
　　　　　　　　julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
　　　　　　　　rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
　　　　　　　　on behalf of Debtor Brian Nowakowski
　　　　　　　　julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
　　　　　　　　rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
　　　　　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Apr 28, 2025 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5