**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIAN NOWAKOWSKI <br> LYNELLE R. NOWAKOWSKI <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>         vs. <br> No Respondents. | Case No.:20-10139 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/21/2020 and confirmed on 6/25/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,546.43 |
| Less Refunds to Debtor | 615.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 94,931.39 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,200.00 | |
|   Trustee Fee | 4,880.51 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,080.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 59,403.07 | 0.00 | 59,403.07 |
|     Acct: 8349 | | | | |
|   M & T BANK | 1,061.22 | 1,061.22 | 0.00 | 1,061.22 |
|     Acct: 8349 | | | | |
|   AUTO USE | 5,686.00 | 5,686.00 | 506.07 | 6,192.07 |
|     Acct: 1510 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 14,099.69 | 14,099.69 | 2,094.83 | 16,194.52 |
|     Acct: 2532 | | | | |
| | | | | 82,850.88 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN NOWAKOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN NOWAKOWSKI | 615.04 | 615.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-25 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AWL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8503 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,172.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 5594 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 463.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 9934 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 1,383.38 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1061 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4WYJ | | | | |
| | THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 753O | | | | |
| | DISCOVER BANK(*) | 3,777.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 2860 | | | | |
| | FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2677 | | | | |
| | FLEXSHOPPER LLC | 4,425.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 5267 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR GI | 574.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 7132 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 59.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 9290 | | | | |
| | INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7132 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 596.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 4614 | | | | |
| | MARINER FINANCE LLC | 4,288.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 1275 | | | | |
| | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 729O | | | | |
| | PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9478 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 398.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 9062 | | | | |
| | UPMC HEALTH SERVICES | 2,773.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 2532 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 423.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5303 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4282 | | | | |
| | UPMC PHYSICIAN SERVICES | 103.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 2532 | | | | |
| | UPMC PHYSICIAN SERVICES | 413.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 8654 | | | | |
| | PENELEC/FIRST ENERGY** | 237.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 3973 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4816 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                              82,850.88

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 20,846.91 |
| UNSECURED | 23,091.37 |

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN NOWAKOWSKI
LYNELLE R. NOWAKOWSKI
     Debtor(s)

Ronda J. Winnecour
     Movant
  vs.
No Repondents.

Case No.:20-10139

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                   Case No. 20-10139-JCM

Brian Nowakowski                                   Chapter 13

Lynelle R. Nowakowski

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                 User: auto                                    Page 1 of 4

Date Rcvd: Jun 25, 2025                      Form ID: pdf900                             Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Nowakowski, Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |
| 15203550 | + | Auto Use, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203551 | + | Auto Use, Attn: Bankruptcy, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203552 | + | Capital One, Po Box 703, Wood Dale, IL 60191-0703 |
| 15203579 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:34:01 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:34:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15203555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:46:29 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15211015 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:33:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204902 | + | Email/Text: bankruptcy@cavps.com | Jun 26 2025 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15203558 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:46:25 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15203559 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:33:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15203561 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 26 2025 00:31:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15203560 | ^ | MEBN | Jun 26 2025 00:21:20 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15203563 | + | Email/Text: bankruptcy@sccompanies.com | Jun 26 2025 00:31:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15203562 | + | Email/Text: bankruptcy@sccompanies.com | Jun 26 2025 00:31:00 | Country Door/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203564 | | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15207189 | | Email/Text: mrdiscen@discover.com | | |

Case 20-10139-JCM   Doc 130   Filed 06/27/25   Entered 06/28/25 00:34:21   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 26 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203565 | + | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15203566 | | Email/Text: rj@ffcc.com | Jun 26 2025 00:30:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15203567 | | Email/Text: rj@ffcc.com | Jun 26 2025 00:30:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15215081 | + | Email/Text: bankruptcy@flexshopper.com | Jun 26 2025 00:30:00 | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 15203568 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 26 2025 00:31:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15203569 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 26 2025 00:31:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15227652 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15203570 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 00:31:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15203571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 00:31:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15226947 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15203573 | | Email/Text: camanagement@mtb.com | Jun 26 2025 00:30:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15203572 | | Email/Text: camanagement@mtb.com | Jun 26 2025 00:30:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15235620 | | Email/Text: camanagement@mtb.com | Jun 26 2025 00:30:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15203575 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 26 2025 00:30:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15203574 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 26 2025 00:30:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15230914 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15203576 | + | Email/Text: bankruptcy@sccompanies.com | Jun 26 2025 00:31:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203577 | + | Email/Text: bankruptcy@sccompanies.com | Jun 26 2025 00:31:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15203580 | + | Email/Text: bankruptcynotices@psecu.com | Jun 26 2025 00:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15203581 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2025 00:33:20 | | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15203582 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2025 00:34:09 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15222785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2025 00:59:45 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15224542 | + | Email/Text: bankruptcynotices@psecu.com | Jun 26 2025 00:31:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15236635 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2025 00:30:00 | Penelec, 101 Crawford's Corner Rd Bldg #1, Suite 1-511, Holmdel NJ 07733-1976 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15229461 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:31:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15203723 | | ^ MEBN | Jun 26 2025 00:22:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232205 | | Email/Text: BNCnotices@dcmservices.com | Jun 26 2025 00:30:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15229881 | | Email/Text: BNCnotices@dcmservices.com | Jun 26 2025 00:30:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15203578 | | Mortgage |
| 15203583 | | Vehicle loan |
| 15203584 | | Vehicle loan |
| 15203557 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203556 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203554 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

**Name** **Email Address**

Denise Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Lauren M. Lamb
on behalf of Joint Debtor Lynelle R. Nowakowski julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
on behalf of Debtor Brian Nowakowski julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 47

                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6