IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Nowakowski and Lynelle R. Nowakowski, | ) ) | Bankruptcy No. 20-10139-JCM Chapter 13 |
| Debtors | ) | Document No. |
| | ) | |
| Brian Nowakowski and Lynelle R. Nowakowski, | ) ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.
2. The Debtors are not required to pay any Domestic Support Obligation.
3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On August 11, 2020, at docket numbers 36-37, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: July 1, 2025                    By: /s/Brian Nowakowski
                                           /s/Lynelle R. Nowakowski

July 8, 2025                           /s/ Lauren M. Lamb
DATE                                   Lauren M. Lamb, Esquire
                                       Attorney for the Debtor
                                       STEIDL & STEINBERG
                                       Suite 2830, Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       llamb@steidl-steinberg.com

PA I.D. No. 209201