**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian Nowakowski <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2532 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lynelle R. Nowakowski <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8654 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20-10139-JCM

## Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Nowakowski                    Lynelle R. Nowakowski

<u>8/12/25</u>                        **By the court:** <u>John C Melaragno</u>
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-JCM |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Nowakowski, Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |
| 15203550 | + | Auto Use, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203551 | + | Auto Use, Attn: Bankruptcy, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203552 | + | Capital One, Po Box 703, Wood Dale, IL 60191-0703 |
| 15203579 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2025 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2025 04:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 13 2025 04:07:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Aug 13 2025 04:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15203555 | + | EDI: CAPITALONE.COM | Aug 13 2025 04:00:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203553 | + | EDI: CAPITALONE.COM | Aug 13 2025 04:00:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15211015 | | EDI: CAPITALONE.COM | Aug 13 2025 04:00:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204902 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2025 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15203558 | + | EDI: JPMORGANCHASE | Aug 13 2025 04:00:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15203559 | + | EDI: JPMORGANCHASE | Aug 13 2025 04:00:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15203561 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 00:17:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15203560 | ^ | MEBN | Aug 13 2025 00:07:17 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15203563 | + | EDI: CBS7AVE | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 13 2025 04:07:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15203562 | + | EDI: CBS7AVE | Aug 13 2025 04:07:00 | Country Door/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203564 | | EDI: DISCOVER | Aug 13 2025 04:00:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15207189 | | EDI: DISCOVER | Aug 13 2025 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203565 | + | EDI: DISCOVER | Aug 13 2025 04:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15203566 | | Email/Text: rj@ffcc.com | Aug 13 2025 00:15:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15203567 | | Email/Text: rj@ffcc.com | Aug 13 2025 00:15:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15215081 | + | Email/Text: bankruptcy@flexshopper.com | Aug 13 2025 00:16:00 | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 15203568 | + | EDI: PHINGENESIS | Aug 13 2025 04:07:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15203569 | + | EDI: PHINGENESIS | Aug 13 2025 04:07:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15227652 | | EDI: JEFFERSONCAP.COM | Aug 13 2025 04:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15203570 | | EDI: JEFFERSONCAP.COM | Aug 13 2025 04:07:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 15203571 | | EDI: JEFFERSONCAP.COM | Aug 13 2025 04:07:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 15226947 | + | Email/Text: RASEBN@raslg.com | Aug 13 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15203573 | | Email/Text: camanagement@mtb.com | Aug 13 2025 00:17:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15203572 | | Email/Text: camanagement@mtb.com | Aug 13 2025 00:17:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15235620 | | Email/Text: camanagement@mtb.com | Aug 13 2025 00:17:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15203575 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 13 2025 00:16:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15203574 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 13 2025 00:16:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15230914 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15203576 | + | EDI: CBS7AVE | Aug 13 2025 04:07:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203577 | + | EDI: CBS7AVE | Aug 13 2025 04:07:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15203580 | + | EDI: G2RSPSECU | Aug 13 2025 04:07:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15203581 | | EDI: PRA.COM | Aug 13 2025 04:07:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15203582 | | EDI: PRA.COM | Aug 13 2025 04:07:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |

Case 20-10139-JCM    Doc 135    Filed 08/14/25    Entered 08/15/25 00:32:04    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15222785 | | EDI: PRA.COM | Aug 13 2025 04:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15224542 | + | EDI: G2RSPSECU | Aug 13 2025 04:07:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15236635 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 13 2025 00:16:00 | Penelec, 101 Crawford's Corner Rd Bldg #1, Suite 1-511, Holmdel NJ 07733-1976 |
| 15229461 | | EDI: Q3G.COM | Aug 13 2025 04:07:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15203723 | ^ | MEBN | Aug 13 2025 00:07:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232205 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15229881 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15203578 | | Mortgage |
| 15203583 | | Vehicle loan |
| 15203584 | | Vehicle loan |
| 15203556 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203557 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203554 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Joint Debtor Lynelle R. Nowakowski julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 3180W | Total Noticed: 49 |

rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor Brian Nowakowski
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6