IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   BRIAN NOWAKOWSKI
   LYNELLE R. NOWAKOWSKI
       Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:20-10139

Chapter 13

Related Document No. 126

ORDER OF COURT

  AND NOW, this ___12th___ day of ___August___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
8/12/25 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10139-JCM |
| Brian Nowakowski | Chapter 13 |
| Lynelle R. Nowakowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Nowakowski, Lynelle R. Nowakowski, 423 Lowery Road, Erie, PA 16511-1330 |
| 15203550 | + | Auto Use, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203551 | + | Auto Use, Attn: Bankruptcy, 45 Haverhill St, Andover, MA 01810-1499 |
| 15203552 | + | Capital One, Po Box 703, Wood Dale, IL 60191-0703 |
| 15203579 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:33:31 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:33:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15203555 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:56:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203553 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:44:08 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15211015 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:31:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204902 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2025 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15203558 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2025 00:33:26 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15203559 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2025 00:44:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15203561 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 00:17:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15203560 | ^ | MEBN | Aug 13 2025 00:07:19 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15203563 | + | Email/Text: bankruptcy@sccompanies.com | Aug 13 2025 00:17:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 15203562 | + | Email/Text: bankruptcy@sccompanies.com | Aug 13 2025 00:17:00 | Country Door/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203564 | | Email/Text: mrdiscen@discover.com | Aug 13 2025 00:15:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15207189 | | Email/Text: mrdiscen@discover.com | | |

Case 20-10139-JCM   Doc 136   Filed 08/14/25   Entered 08/15/25 00:32:04   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Aug 13 2025 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203565 | + Email/Text: mrdiscen@discover.com | | |
| | | Aug 13 2025 00:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15203566 | Email/Text: rj@ffcc.com | | |
| | | Aug 13 2025 00:15:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 15203567 | Email/Text: rj@ffcc.com | | |
| | | Aug 13 2025 00:15:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 15215081 | + Email/Text: bankruptcy@flexshopper.com | | |
| | | Aug 13 2025 00:16:00 | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 15203568 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Aug 13 2025 00:17:00 | Genesis Bc/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 15203569 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Aug 13 2025 00:17:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15227652 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 13 2025 00:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15203570 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 13 2025 00:17:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15203571 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 13 2025 00:17:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15226947 | + Email/Text: RASEBN@raslg.com | | |
| | | Aug 13 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15203573 | Email/Text: camanagement@mtb.com | | |
| | | Aug 13 2025 00:17:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15203572 | Email/Text: camanagement@mtb.com | | |
| | | Aug 13 2025 00:17:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15235620 | Email/Text: camanagement@mtb.com | | |
| | | Aug 13 2025 00:17:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15203575 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Aug 13 2025 00:16:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15203574 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Aug 13 2025 00:16:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15230914 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 13 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15203576 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 13 2025 00:17:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15203577 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Aug 13 2025 00:17:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15203580 | + Email/Text: bankruptcynotices@psecu.com | | |
| | | Aug 13 2025 00:17:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15203581 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 13 2025 00:33:11 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15203582 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 13 2025 00:32:22 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15222785 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 13 2025 00:33:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15224542 | + Email/Text: bankruptcynotices@psecu.com | | |
| | | Aug 13 2025 00:17:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15236635 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Aug 13 2025 00:16:00 | Penelec, 101 Crawford's Corner Rd Bldg #1, Suite 1-511, Holmdel NJ 07733-1976 |

| Recip ID | Notice Method | Date | Recipient |
|---|---|---|---|
| 15229461 | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2025 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15203723 | ^ MEBN | Aug 13 2025 00:07:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15232205 | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15229881 | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15203578 | | Mortgage |
| 15203583 | | Vehicle loan |
| 15203584 | | Vehicle loan |
| 15203557 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203556 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15203554 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Joint Debtor Lynelle R. Nowakowski julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Brian Nowakowski julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf900 | Total Noticed: 47 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6